CLOSED

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| PERRY F. MOTOLO, | **Hon. Renée Marie Bumb** |
| Petitioner, |  |
|  | Civil Action No. 09-5340 (RMB) |
| v. |  |
| UNITED STATES OF AMERICA, | **ORDER** |
| Respondent. |  |

For the reasons expressed in the Opinion filed herewith,

IT IS on this **27th** day of **October** **2009**,

**ORDERED** that Petitioner's application to proceed <u>in forma pauperis</u> is granted; and it is further

**ORDERED** that the Petition is DISMISSED for lack of jurisdiction; and it is finally

**ORDERED** that the Clerk shall serve this Order and the accompanying Opinion upon Petitioner by regular mail, and shall close the file.

s/Renée Marie Bumb
**RENÉE MARIE BUMB**
**United States District Judge**